KEVIN M. WELCH, ESQ. (SBN 254565)
LAW OFFICE OF KEVIN M. WELCH
P.O. Box 494
Hermosa Beach, CA 90245
Tel.: (310) 929-0553
Fax: (310) 698-1626
Email: Kevin@kmwlawoffice.com

Attorney for the Plaintiff, Salvatore Scorza

**FILED**

2010 JUL 26 PM 1:14

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| SALVATORE SCORZA, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> TONY LYONS, an individual; BILL WOLFSTHAL, an individual; SKYHORSE PUBLISHING, INC, a Delaware corporation; W.W. NORTON & COMPANY, INC., a New York corporation ; BARNS & NOBLE, INC., a Delaware corporation; BORDERS GROUP, INC., a Michigan corporation; AMAZON.COM INTERNATIONAL, INC. and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: **CV10-5507** DDP (Ex) <br><br> **COMPLAINT FOR DAMAGES FOR:** <br> **(1) COPYRIGHT INFRINGEMENT;** <br> **(2) FEDERAL UNFAIR COMPETITION** <br> **(3) CALIFORNIA UNFAIR COMPETION;** <br><br><br> **JURY TRIAL DEMANDED** |

## THE PARTIES

1.      Plaintiff SALVATORE E. SCORZA (hereinafter "Sal Scorza") is an individual over the age of 65 and a resident of the state of California whose

1   primary residence is 12235 Magnolia Blvd. #206, North Hollywood, California
2   91607.

3       2.      Upon information and belief, Defendant TONY LYONS (hereinafter
4   "Mr. Lyons") is an individual and resident of the state of New York who owns
5   and/or is employed by Defendant SKYHORSE PUBLISHING, INC.

6       3.      Upon information and belief, Defendant BILL WOLFSTHAL
7   (hereinafter "Mr. Wolfsthal") is an individual and resident of the state of New
8   York who owns and/or is employed by Defendant SKYHORSE PUBLISHING,
9   INC.

10      4.      Upon information and belief, Defendant SKYHORSE PUBLISHING,
11  INC. (hereinafter "Skyhorse") is a Delaware corporation with a principal place of
12  business at 555 Eighth Avenue, Suite 903, New York, New York 10018.

13      5.      Upon information and belief, Defendant W.W. NORTON &
14  COMPANY, INC. (hereinafter "WWN & C") is a New York corporation with a
15  principal place of business at 500 Fifth Avenue, New York, New York 10110.

16      6.      Upon information and belief, Defendant BARNES & NOBLE, INC.
17  (hereinafter "B&N") is a Delaware corporation with a principal place of business
18  at 122 Fifth Avenue, New York, New York 10110.

19      7.      Upon information and belief, Defendant BORDERS GROUP, INC.
20  (hereinafter "Borders") is a Michigan corporation with a principal place of
21  business at 100 Phoenix Drive, Ann Arbor, Michigan 48108.

22      8.      Upon information and belief, Defendant AMAZON.COM
23  INTERNATIONAL, INC. (hereinafter "Amazon.com") is a Delaware corporation
24  with corporate headquarters located at 1200 12th Avenue South, Suite 1200,
25  Seattle, Washington 98144-2734.

26      9.      The true names, and identities or capacities, whether individual,
27  associate, corporate or otherwise of DOES 1 through 10, inclusive, are unknown to
28  Plaintiff, who therefore sues said Defendants by fictitious names.  Plaintiff is

COMPLAINT FOR DAMAGES – Page 2

informed and believes, and on such information and belief, alleges that each of the Defendants sued herein as a DOE is legally responsible in some manner for the events and happenings referred to herein.  When the true names, identities and capacities of such fictitiously designated Defendants are ascertained, Plaintiff will ask leave of the Court to amend this complaint to insert said true names, identities and capacities, together with proper charging allegations.

## JURIDISCTION AND VENUE

10.    This action arises under the copyright laws of the United States, 17 U.S.C. §§101, *et seq* and federal unfair competition laws under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).  This Court has subject matter jurisdiction over this claim pursuant to 28 U.S.C. §§1331 and 1338.

11.    This Court has personal jurisdiction over Defendants, pursuant to California Civil Procedure Code §410.10, because Defendants regularly conduct business in the state of California, and more specifically within the Central District of California.

12.    Venue is proper in the Central District of California pursuant to 28 U.S.C. §§1391(b), (c) and 1400(a).

## FACTUAL ALLEGATIONS

13.    Plaintiff Sal Scorza is the author of a book titled "MAFIA" published by Harper Collins of 10 East 53rd Street, New York, New York 10022 in or about 2007 (hereinafter "the Scorza Book").

14.    The Scorza Book contains original copyrightable authorship including, *inter alia*, selective editing of text and photographs.

15.    The Scorza Book comprises a copyrightable compilation in the combination of the particular foreword and the particular edited text.

16. Sal Scorza is the owner of all the copyrights in the copyrightable authorship contained in the Scorza Book.

17. Plaintiff Sal Scorza filed an application with the U.S. Copyright Office and was issued Federal Copyright Registration No. TX 7-144-710. A true and correct copy of this registration is attached to this Complaint as EXHIBIT A.

18. Defendant Skyhorse released paperback book virtually identical to the Scorza Book also titled "MAFIA" in 2009 (hereinafter "the Skyhorse Book").

19. The Skyhorse Book comprises identical copies of each page from the Scorza Book including the copyrighted original photographic and textual editing. A true and correct copy of page 752 of the Skyhorse book shown side-by-side with page 752 of the Scorza Book is attached to this Complaint as EXHIBIT B

20. The Scorza Book was reviewed by several literary reviewers including the Nicholas Pileggi, T.J. English, and Legs McNeil.

21. The Scorza Book is distributed and sold with excerpts from the literary reviews it received, serving as advertising endorsements printed on a sleeve on the book's back cover. A true and correct copy of the back cover sleeve of the Scorza Book is attached to this Complaint as EXHIBIT C.

22. The Skyhorse Book is distributed and sold with literary reviews appropriated from the Scorza Book and printed on the back cover as if the reviews were written for the Skyhorse Book (See reviews by T.J English and Legs McNeil). A true and correct copy of the back cover of the Skyhorse Book is attached as EXHIBIT D.

23. The Scorza Book includes a foreword written by an individual named Sam Giancana. Sam Giancana was chosen to write the foreword because of his familial relation to his uncle and godfather, by the same name, who was a notorious Chicago mob boss. A true and correct copy of the foreword included in the Scorza Book is attached to this Complaint as EXHIBIT E

24.    The Skyhorse Book includes a substantially similar foreword written by Sam Giacana (containing only very minor alterations).  A true and correct copy of the foreword included in the Skyhorse Book is attached to this Complaint as EXHIBIT F.

25.    Defendant Amazon.com is offering for sale and/or selling the Skyhorse Book and listing Plaintiff Sal Scorza as the author.  A true and correct copy of a screenshot showing the Amazon.com website is attached to this Complaint as EXHIBIT G.

## FIRST CAUSE OF ACTION

### (Against all Defendants for Copyright Infringement)

26.    Plaintiff hereby incorporates by reference each and every allegation contained in the paragraphs 1 through 25 as though fully set forth herein, and makes the following allegations on information and belief.

27.    On information and belief, that Defendants, including Mr. Lyons, Mr. Wolfsthal, Skyhorse, and DOES 1 though 10, inclusive, created the Skyhorse Book by intentionally, deliberately, and willfully copying each page of the Scorza Book including the copyrighted original photographic and textual editing.

28.    On information and belief, that Defendants, including Mr. Lyons, Mr. Wolfsthal, Skyhorse, and DOES 1 though 10, inclusive, created the Skyhorse Book by intentionally, deliberately, and willfully appropriated the foreword written by Sam Giancana and combining it with the copied text of the Scorza Book thereby infringing Plaintiff Sal Scorza's compilation copyright.

29.    On information and belief, that Defendants, including Mr. Lyons, Mr. Wolfsthal, Skyhorse, and DOES 1 though 10, inclusive, created the Skyhorse Book by intentionally, deliberately, and willfully prepared a derivative work  of  the Scorza Book thereby infringing Plaintiff Sal Scorza's copyright.

1    30.    Without a license or permission, Defendants, including Mr. Lyons,

2  Mr. Wolfsthal, Skyhorse, WWN & C, B&N, Borders, Amazon.com, and DOES 1

3  though 10, inclusive, unlawfully copied and/or distributed for sale and/or sold the

4  Skyhorse Book constituting copyright infringement of the Scorza Book.

5    31.    The Skyhorse Book, created and/or distributed for sale and/or sold by

6  Defendants, including Mr. Lyons, Mr. Wolfsthal, Skyhorse, WWN & C, B&N,

7  Borders, Amazon.com, and DOES 1 though 10, inclusive, contains multiple

8  elements that are substantially similar to copyrighted elements of the Scorza Book.

9    32.    All Defendants, including Mr. Lyons, Mr. Wolfsthal, Skyhorse,

10  WWN & C, B&N, Borders, Amazon.com, and DOES 1 though 10, inclusive, had

11  access to the Scorza Book as it has been widely available throughout the country in

12  major books stores and on the Internet since 2007, approximately two years prior

13  to the unlawful copying, distribution, and sale of the infringing Skyhorse Book.

14

15                      **SECOND CAUSE OF ACTION**

16    **(Against all Defendants for Federal Unfair Competition Under Section 43(a)**

17                   **of the Lanham Act, 15 U.S.C. §1125(a))**

18    33.    Plaintiff hereby incorporates by reference each and every allegation

19  contained in the paragraphs 1 through 32, as through fully set forth herein, and

20  makes the following allegations on information and belief.

21    34.    Defendants, including Mr. Lyons, Mr. Wolfsthal, Skyhorse, and

22  DOES 1 though 10 inclusive, intentionally, deliberately, and willfully appropriated

23  the book reviews intended for the Scorza Book and used them in connection with

24  the Skyhorse book.  This unlawful behavior constitutes false description and/or

25  misleading representation of fact under §43(a)(1)(A) as well as a false and

26  misleading endorsement under §43(a)(1)(B).

27    35.    Defendants, including Mr. Lyons, Mr. Wolfsthal, Skyhorse, WWN &

28  C, B&N, Borders, Amazon.com and DOES 1 though 10 inclusive, are

1  intentionally, deliberately, and willfully offering for sale and/or selling the

2  Skyhorse Book and listing Plaintiff Sal Scorza as the author. This behavior

3  constitutes unlawful and unfair business practices in violation of Section 43(a) of

4  the Lanham Act.

5      36.  Defendants, including Mr. Lyons, Mr. Wolfsthal, Skyhorse, and

6  DOES 1 though 10, inclusive, appropriated the foreword from the Scorza Book,

7  used the foreword intentionally, deliberately, and willfully in connection with

8  infringing text and misrepresented the compilation as the original work of

9  Skyhorse. This behavior constitutes unlawful and unfair business practices in

10  violation of Section 43(a) of the Lanham Act.

11      37.  Defendants, including Mr. Lyons, Mr. Wolfsthal, Skyhorse, WWN &

12  C, B&N, Borders, Amazon.com, and DOES 1 though 10, inclusive, continue to be

13  unjustly enriched in an unknown amount by the manufacture and/or distribution

14  and/or sale of the infringing Skyhorse Book in violation of Plaintiff Sal Scorza's

15  intellectual property.

16      38.  Defendants, including Mr. Lyons, Mr. Wolfsthal, Skyhorse, WWN &

17  C, B&N, Borders, Amazon.com, and DOES 1 though 10, inclusive, continue to

18  earn revenues and profits to which they are not legally entitled, causing irreparable

19  injury to Plaintiff Sal Scorza for which Plaintiff Sal Scorza has no adequate legal

20  remedy at law.

21                    **THIRD CAUSE OF ACTION**

22      **(California Unfair Competition Under California Business and Professions**

23              **Code §17200 *et seq*. and Common Law)**

24      39.  Plaintiff hereby incorporates by reference each and every allegation

25  contained in the paragraphs 1 through 38, as through fully set forth herein, and

26  makes the following allegations on information and belief.

27      40.  The actions of defendants, including Mr. Lyons, Mr. Wolfsthal,

28  Skyhorse, WWN & C, B&N, Borders, Amazon.com, and DOES 1 though 10,

inclusive, constitute unlawful and unfair business practices under California Business and Professions Code §17200 *et seq.* and common law.

## **PRAYER FOR RELIEF**

**WHEREFORE,** Plaintiff prays for judgment against the Defendants, and each of them, as follows:

A. That the Court finds Defendants have infringed Plaintiff Sal Scorza's copyrights.

B. That preliminary and permanent injunctions issue restraining and enjoining Defendants and their officers, agents, successors and assigns, and all others acting in privity or concert with them, from any acts which constitutes copyright infringement of Plaintiff Sal Scorza's copyrights.

C. That the Court award damages to Plaintiff Sal Scorza in an amount to be proved at trial according to 17 U.S.C. § 504(b).

D. That the Defendants be ordered to surrender for destruction all books that infringe Plaintiff Sal Scorza's copyrights in whole or part.

E. That the Court find Defendants behavior constitutes Unfair Competition pursuant to Section 43(a) of the Lanham Act, 15 U.S.C. §1125(a).

F. That the Court order Defendants to disgorge unlawfully gained profits and that such profits will be held in constructive trust for Plaintiff Sal Scorza pursuant to §43(a) of the Lanham Act.

G. That the Court order Defendants to compensate Plaintiff for damages he sustained as a result of Defendants unlawful behavior pursuant to §43(a) of the Lanham Act.

H.    That the Court find Defendants' behavior was intentional, willful, and deliberate and therefore exceptional and Defendants be ordered to pay treble damages pursuant to §43(a) of the Lanham Act.

I.    That the Court find Defendants' behavior was intentional, willful, and deliberate and therefore exceptional and Defendants be ordered to pay Plaintiff Sal Scorza attorneys' fees pursuant to §43(a) of the Lanham Act.

J.    That preliminary and permanent injunctions issue restraining and enjoining Defendants and their officers, agents, successors and assigns, and all others acting in privity or concert with them, from any acts which constitutes Unfair Competition pursuant to §43(a) of the Lanham Act.

K.    That the Court find Defendants' behavior constitutes Unfair Competition pursuant to California Business and Professions Code § 17203.

L.    That Defendants be ordered to restore money or property acquired by Unfair Competition pursuant to California Business and Professions Code § 17203.

M.    That Defendants be ordered to pay additional civil penalties for acts of Unfair Competition against Senior Citizens pursuant to California Business and Professions Code § 17206.1.

N.    That preliminary and permanent injunctions issue restraining and enjoining Defendants and their officers, agents, successors and assigns, and all others acting in privity or concert with them, from any acts which constitutes Unfair Competition pursuant to California Business and Professions Code § 17206.1.

O.    For such other relief as the Court deems necessary and proper.

Dated this 26 day of July, 2010

By: _____

Kevin M. Welch, Esq. (SBN 254565)

LAW OFFICE OF KEVIN M. WELCH
P.O. Box 494
Hermosa Beach, CA 90245
Tel.: (310) 929-0553
Email:Kevin@kmwlawoffice.com

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, demand is hereby made for trial by jury on all issues triable to a jury.

Dated this 26 day of July, 2010

By: _____

Kevin M. Welch, Esq. (SBN 254565)

LAW OFFICE OF KEVIN M. WELCH
P.O. Box 494
Hermosa Beach, CA 90245
Tel.: (310) 929-0553
Email:Kevin@kmwlawoffice.com

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**
## TX 7-144-710

**Effective date of
registration:**

May 18, 2010

## Title

**Title of Work:** MAFIA

## Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** November 1, 2007        **Nation of 1st Publication:** United States

**International Standard Number:** ISBN        987-0-06-136385-6

## Author

**Author:** Salvatore Eli Scorza

**Author Created:** editing

**Work made for hire:** No

**Citizen of:** United States        **Domiciled in:** United States

**Year Born:** 1941

## Copyright claimant

**Copyright Claimant:** Salvatore Eli Scorza

12235 Magnolia Blvd., North Hollywood, CA, 91607, United States

## Limitation of copyright claim

**Material excluded from this claim:** text, photographs, artwork

**New material included in claim:** editing

## Rights and Permissions

**Organization Name:** Harper Collins Publishers

**Name:** Calvert D. Morgan

**Email:** calvert.morgan@harpercollins.com        **Telephone:** 212-207-7000

**Address:** 10 E. 53rd St.

New York, NY 10022  United States

## Certification

NAME          : Gabriel ████████████

ALIASES       : Gaby

DESCRIPTION   : Born ████████████████████, 5'5", 145 lbs, medium build, black hair, brown eyes, scar over right temple. I&NS #V-1832105.

LOCALITIES    : Resides ████████████████
FREQUENTED      ████████████████████ Travels frequent-
                ly between the U.S., Canada, South America and Europe.

FAMILY        : ████████████████████████████
BACKGROUND      ████████████████████

CRIMINAL      : Antranick Paroutian, ████████████, Jean-Baptiste
ASSOCIATES      Croce, ████████████████████████████
                Andre Quendane, all of France. Giuseppe Cotroni,
                Joseph DiPalermo, Carmine Galante.

CRIMINAL      : FBI # 864135C. No record in U.S. In 1958 was arrested
HISTORY         in Switzerland while trying to negotiate stolen
                Canadian securities. He was released when Canada
                failed to extradite.

BUSINESS      : ████████████████████████████
                ████████████████ Also owned a grocery
                and a coffee roasting shop. Coppersmith by trade.

MODUS         : An international drug trafficker; closely associated
OPERANDI        with and trusted by top level members of the Mafia.
                A courier for the Croce-Nicoli-Paroutian smuggling
                group. Travels frequently to major cities in the
                U.S., Canada, South & Central America & Europe mak-
                ing contacts for the organization.

Property of U. S. Govt — For Official Use Only
May not be disseminated or contents disclosed
Without permission of Commissioner of Narcotics

THE SKYHORSE BOOK

752

NAME          : Gabriel ████████████

ALIASES       : Gaby

DESCRIPTION   : Born ████████████████████, 5'5", 145 lbs, medium build, black hair, brown eyes, scar over right temple. I&NS #V-1832105.

LOCALITIES    : Resides ████████████████
FREQUENTED      ████████████████████ Travels frequent-
                ly between the U.S., Canada, South America and Europe.

FAMILY        : ████████████████████████████
BACKGROUND      ████████████████████

CRIMINAL      : Antranick Paroutian, ████████████, Jean-Baptiste
ASSOCIATES      Croce, ████████████████████████████
                Andre Quendane, all of France. Giuseppe Cotroni,
                Joseph DiPalermo, Carmine Galante.

CRIMINAL      : FBI # 864135C. No record in U.S. In 1958 was arrested
HISTORY         in Switzerland while trying to negotiate stolen
                Canadian securities. He was released when Canada
                failed to extradite.

BUSINESS      : ████████████████████████████
                ████████████████ Also owned a grocery
                and a coffee roasting shop. Coppersmith by trade.

MODUS         : An international drug trafficker; closely associated
OPERANDI        with and trusted by top level members of the Mafia.
                A courier for the Croce-Nicoli-Paroutian smuggling
                group. Travels frequently to major cities in the
                U.S., Canada, South & Central America & Europe mak-
                ing contacts for the organization.

Property of U. S. Govt — For Official Use Only
May not be disseminated or contents disclosed
Without permission of Commissioner of Narcotics

THE SCORZA BOOK

PAGE 13, EXHIBIT B

"What a find! If you want to know what the mob was *really* like in the Golden Age, this is the mother lode. *Mafia* is a treasure trove for true-crime buffs and mob aficionados—the mug shots alone are worth the price of admission."

—NICHOLAS PILEGGI

# THE REAL-LIFE NAMES AND FACES BEHIND THE LEGENDS: THE FEDS' LONG-LOST BLACK BOOK ON THE MOB

Some time in the early 1960s, during the golden age of organized crime in America—the era that would inspire *The Godfather, Goodfellas,* and even *The Sopranos*—federal investigators pulled every known piece of information on more than 800 Mafia members worldwide into a thick, phone-book-sized directory. From old-school gangsters like Lucky Luciano and Mickey Cohen to young turks like Paul Castellano and Vinny "The Chin" Gigante, the guide offered at-a-glance profiles of small-time thugs and major dons alike . . . and was allegedly the book Attorney General Robert F. Kennedy used to investigate the mob.

Recently discovered, and published for the first time in this facsimile edition, *Mafia* is a treasure trove of info on the underworld in mid-century America—a revelatory artifact and an irresistible read.

### WITH EVERYTHING YOU EVER WANTED TO KNOW ABOUT . . .

BENNY THE BUM • BIG NOSE LARRY • BLACK JIM • TONY BOOTS • TONY CHEESE • COCKEYED JOE • CRAZY TOMMY • FAT TONY • FRANK THE SPOON • FOURTEENTH STREET STEVE • GRAMPS • HUNCHBACK HARRY • JIMMY NINETY TWO • LITTLE PATSY • PAUL THE WAITER • PEACHY • PUNCHY • RADIO RED • RALPH THE PIMP • SKINNY RAZOR • SOLLY ONE EYE • SCARFACE JOE • SAUSEETZ • SAL THE BEAK • SQUINT • SUGARHOUSE PETE • TEA BAGS • TRIGGER MIKE • THE BLIMP • THE BRUSH • THREE FINGER BROWN • THREE FINGER PATSY • TONY PIE • TONY SPIT • TOUGH TONY . . . *and hundreds more!*

"A wildly entertaining rogues' gallery of thugs from throughout the 20th century, chock-full of fascinating minutiae from wide-ranging underworld careers, and classic mug shots of faces that only a mother could love. Make room on your true-crime bookshelf for this veritable high-school yearbook of America's criminal class."

—T.J.ENGLISH

"Just the facts, ma'am....*Mafia* is the Bible for Mafia-watchers and amateur detectives everywhere."

—LEGS MCNEIL

**Collins**
An Imprint of HarperCollins*Publishers*
www.harpercollins.com

ISBN 978-0-06-136385-6

9 780061 363856   5 3 4 9 5

USA $34.95 / CANADA $41.50

11/07

EXHIBIT C
PAGE 14

TRUE CRIME                                                    US $14.95

> "Fascinating. . . . A panoramic view of the American underworld—
> the national face seen in a fun house mirror."
> —*New York Times*

> "A wildly entertaining rogues' gallery of thugs from throughout the 20th
> century. . . . Make room on your true-crime bookshelf for this veritable
> high-school yearbook of America's criminal class."
> —T.J. English

> "Just the facts, ma'am. . . . *Mafia* is the Bible for Mafia-watchers and
> amateur detectives everywhere."
> —Legs McNeil

> "Pages that practically come with their own stale cigar smell and blinking
> fluorescent lights . . . A quirky little slice of the American dream."
> —Salon.com

Forget *The Sopranos, Goodfellas,* and *The Godfather.* The more than eight hundred wiseguys and made men featured between these covers are the real deal. Some made afternoon deals behind closed doors in smoky Chicago social clubs. Others specialized in old-fashioned barroom shakedowns in New Jersey. In the end, each and every one of these men lived for the hustle, carrying secrets like targets on their backs through a world of violence, manipulation, and fading loyalties.

Presented here is the previously classified U.S. government file on organized crime throughout the United States. Originally compiled in the 1960s, under orders from the Bureau of Narcotics, *Mafia* contains every piece of relevant information on criminals with organized crime connections in this country at the time. Here you'll find profiles—complete with mug shots on every page—of mobsters famous and forgotten, organized state-by-state, for easy reference. Guys like Lucky Luciano, Mickey Cohen, and Vinny "The Chin" Gigante. Now, read just what the government knew—and didn't know—about the families that ran this country's criminal underworld at the height of its power.



Skyhorse Publishing, Inc.
555 Eighth Avenue, Suite 903
New York, NY 10018
www.skyhorsepublishing.com

Cover design by Kyle Kolker
Printed in Canada



ISBN-10: 1-60239-668-X
ISBN-13: 978-1-60239-668-5

# FOREWORD

## BY SAM GIANCANA

If we are to believe the U.S. Department of Justice and the Federal Bureau of Investigation, their representatives have been waging war on organized crime for almost a century—organized crime meaning, in this instance, the Mafia, the legendary criminal network of men of Sicilian and Italian descent who joined together, through a national network, to subvert U.S. law.

However, truth be told, under FBI director J. Edgar Hoover's watch, the criminal organizations that would later become known as La Cosa Nostra, the Mafia, and the Outfit were allowed to operate unimpeded for decades. Bureau resources were focused instead on high-profile cases like the Lindbergh kidnapping and the apprehension of men such as notorious bank robber John Dillinger—cases that had nothing whatsoever to do with organized crime but did serve, thanks to Hoover's plethora of doting media contacts, to elevate his personal stature to that of America's quintessential crimebuster.

Now, with this amazing book, this myth will be dispelled once and for all. The real story of law enforcement's war on organized crime during this period begins not with Hoover, but with the federal government's Bureau of Narcotics, an operation run by the Treasury Department. This thick, fascinating dossier—the product of a groundbreaking investigation into an enormous league of Sicilian criminals and "crime families" compiled by *narcotics agents*, not Hoover's G-men—was the directory from which Robert F. Kennedy selected his own "hit list" of criminals after he became attorney general in 1961. Published here for the first time, these eight hundred pages—filled with profiles of men with strange nicknames and even

stranger cultural mores—formed the backbone of what would ultimately become the nation's largest war on organized crime.

While J. Edgar Hoover looked the other way, the 1950s heralded the formation of a number of Senate committees charged with investigating organized crime. By 1957, when the Senate's McClellan Committee was formed, the honeymoon for Hoover's beloved agency was clearly nearing an end.

Spearheaded by the ambitious young Kennedy, the McClellan Committee consisted of three distinct phases, each dealing with a different facet of organized crime. The hearings it held were an instant sensation with the American public. In all, fifteen hundred individuals were called to testify—among them my uncle and godfather, Chicago mob boss Sam Giancana. An arrogant, sneering, and uncooperative witness, Giancana came to symbolize evil to the zealous young attorney; Kennedy dubbed him the "devil in a sharkskin suit"—and fixed Giancana's image in the national consciousness as one of several leaders of a national criminal organization.

Kennedy's work in identifying such an organization—comprised largely of Sicilian and Italian Americans, operating under the radar of Hoover's FBI—raised inescapable questions about the Bureau and its national law enforcement capabilities. For the press, these issues simply could not be ignored. Still, when asked about the parade of strangely sinister men testifying before the Senate committee, Hoover insisted that they were nothing more than simple bands of *unorganized, local* criminals whose escapades were better addressed by local law enforcement. And—despite every attempt on Kennedy's part and the massive amount of documentation generated by the investigations—in its

early years, the McClellan Committee uncovered no hard, irrefutable evidence of an organized crime cartel.

Then, on November 14, 1957, fate intervened with the fortuitous discovery by local law enforcement of a clandestine meeting of criminals in Apalachin, New York. The raid that followed received national media attention, and confirmed once and for all the existence of a national, organized criminal enterprise.

In the wake of this revelation, Hoover came under immense pressure to crack down on organized crime. Still, it wasn't until 1961—when Kennedy was named attorney general by his older brother, President John F. Kennedy—that the war on organized crime was formally declared. Kennedy ordered Hoover to begin immediate investigations into eight hundred men. At the top of this list was Chicago's Sam Giancana.

For whatever reasons—public or internal—Hoover finally caved, and began transforming the FBI from a small band of poorly trained men into one of the most admired and respected institutions in the United States. Under his direction, law enforcement made numerous scientific advances, from fingerprinting to forensic and ballistic tests. The agency also pioneered modern investigative techniques, going well beyond the traditional crime reports to compile highly accurate and detailed criminal profiles, building upon the Narcotics Bureau's monumental work.

Robert Kennedy may have given the order to bring organized crime to its knees, but it was the dedicated—and much despised, at least by men like my uncle—FBI agents who became the arbiters of American law enforcement. Agents used wiretaps, relentless surveillance, and countless hours of interviews to track the workings of the mob. The information they harvested was systematically circulated through the national law enforcement network, a process that allowed agents in a variety of far-flung and diverse locales to keep tabs on criminals traveling within their area.

And yet—despite what was unquestionably the most ferocious domestic war in the history of the nation—it must also be stated that even Kennedy's top target for prosecution, Sam Giancana, was never convicted of any crime. What this means in terms of the success or failure of this war can only be left to the truth of history, as it unfolds, over time.

What can be said with authority is that the document you hold in your hands—an exact facsimile reproduction of the Treasury Department's original organized crime file—offers a rare and mesmerizing slice of American history, a journey to a very different time and place, and an unprecedented glimpse at the very roots of organized crime in this country.

As a cultural snapshot, *Mafia* is both prosaic—with its dates of birth and criminal records—and poetic, full of memorable nicknames and unforgettable faces. There are men here who were born in the 1890s—no doubt including scores of immigrants—and men born in the 1920s and '30s; figures whose criminal records extended back to the 1910s and others, like Paul Castellano and Vinny "the Chin" Gigante, who would come to prominence in the 1970s and '80s.

Taken as a whole, it is a pantheon every bit as compelling as, and far more real than, any hit TV series or blockbuster film could ever hope to be. Indeed, *Mafia* may be the closest we will ever come to a look at the flesh-and-blood figures the U.S. government pegged as America's criminal underworld at midcentury.

From international legends and bosses to street-corner bookies and thugs, they're all here—true American legends who are as much a part of the fabric of this nation as the hallowed threads of the red, white, and blue. They are who we are, and no American—and no lover of truth and meaning—can afford to ignore them.

—Sam Giancana
July 4, 2007

EXHIBIT E
PAGE 17

# FOREWORD

Under FBI Director J. Edgar Hoover's watch, the criminal organizations that would become known as La Cosa Nostra, the Mafia, and the Outfit were allowed to operate unimpeded for decades. Bureau resources focused instead on high-profile cases like the Lindbergh kidnapping and the apprehension of notorious bank robber John Dillinger—cases that were intended to elevate Hoover's stature, undeservedly, to that of America's quintessential crime buster. With *Mafia*, that myth will be dispelled once and for all.

In fact, the real story of law enforcement's war on organized crime during this period begins not with Hoover, but with the Treasury Department's Bureau of Narcotics. The thick, fascinating dossier you now hold in your hands, is the product of that bureau's groundbreaking investigation into an enormous league of Sicilian criminals and "crime families." From this compilation, Robert F. Kennedy,

after becoming attorney general in 1961 selected his "hit list" of criminals. This list—filled with profiles of men with strange nicknames and even stranger cultural mores—formed the backbone of what would become the nation's largest war on organized crime.

The 1950s heralded the formation of a number of Senate committees charged with investigating organized crime, but it was the Senate's McClellan Committee in 1957 that would spell the end of the honeymoon for Hoover's FBI

Spearheaded by the ambitious young Kennedy, the Committee hearings became an instant media sensation. In all, fifteen hundred individuals, largely Sicilian and Italian Americans, were called to testify—among them my uncle and godfather, Chicago mob boss Sam Giancana. A sneering, arrogant, and uncooperative witness, Kennedy dubbed Giancana the "devil in a sharkskin suit."

Although the McClellan Committee hearings raised inescapable questions about the FBI's capabilities, Hoover

insisted the witnesses were nothing more than *unorganized, local* criminals whose escapades were better addressed by local police. And unfortunately for Kennedy, during its early years, the Committee uncovered no irrefutable evidence of an organized crime cartel to demonstrate otherwise. Then, on November 14, 1957, fate intervened when local law enforcement stumbled upon a clandestine meeting of criminals in Apalachin, New York. The ensuing raid received national media attention, vindicating Robert Kennedy and confirming, once and for all, the existence of a national, organized criminal enterprise.

In the wake of this revelation, Hoover came under immense pressure to crack down on organized crime. Still, it wasn't until 1961—when Kennedy was named attorney general by his older brother, President John F. Kennedy—that the war on organized crime was formally declared. The new attorney general ordered Hoover to begin immediate investigations into eight hundred men. At the top of this list was Chicago's Sam Giancana.

Hoover finally caved and under his direction, over the following years,

the FBI made numerous scientific advances, from fingerprinting to forensic and ballistic tests. Pioneering modern investigative techniques, agents used wiretaps and relentless surveillance to compile highly accurate, detailed criminal profiles that built upon the Narcotics Bureau's initial, monumental work.

And yet—despite what was unquestionably the most ferocious domestic war in the history of the nation—it must be stated that even Kennedy's top target for prosecution, Sam Giancana, was never convicted of any crime. What this means in terms of the success or failure of this war can only be left to the truth of history, as it unfolds, over time.

What can be said with authority is that *Mafia* is an exact facsimile reproduction of the Treasury Department's original organized crime file, offering a rare and mesmerizing slice of American history, a journey to a very different time and place, and an unprecedented glimpse at the very roots of organized crime in this country.

As a cultural snapshot, *Mafia* is both prosaic—with its dates of birth and criminal records—and poetic,

full of memorable nicknames and unforgettable faces. There are men here, like my uncle and his mentor Al Capone, who came to prominence during the "Roaring Twenties" and Prohibition and others, like Paul Castellano and Vinny "the Chin" Gigante, who would step into the limelight in the 1970s and '80s. Taken as a whole, *Mafia* is every bit as compelling as any hit TV series.

From international legends and bosses to street-corner bookies and thugs, they're all here—true American legends who are as much a part of the fabric of this nation as the hallowed threads of the red, white, and blue. They are who we are, and no American can afford to ignore them.

—Sam Giancana
January 20, 2009



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Dean D. Pregerson and the assigned discovery Magistrate Judge is Charles Eick.

The case number on all documents filed with the Court should read as follows:

## CV10- 5507 DDP (Ex)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=====================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)        NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Name & Address:
The Law Office of Kevin M. Welch
Kevin M. Welch (254565)
P.O. Box 494, Hermosa Beach, CA 90254
Tel: (310) 929-0553, Fax: (310) 698-1626
Email: Kevin@kmwlawoffice.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVATORE SCORZA, an individual, | CASE NUMBER |
| PLAINTIFF(S) | **CV10-5507** DDP (Ex) |
| v. | |
| TONY LYONS, an individual; BILL WOLFSTHAL, an individual; SKYHORSE PUBLISHING, INC, a Delaware corporation; W.W. NORTON & COMPANY, INC., a New York corporation ; BARNS & NOBLE, INC., a Delaware corporation; BORDERS GROUP, INC., a Michigan corporation; AMAZON.COM INTERNATIONAL, INC. and DOES 1 through 10, inclusive | **SUMMONS** |
| DEFENDANT(S). | |

TO:   DEFENDANT(S): ___ TONY LYONS, BILL WOLFSTHAL, SKYHORSE PUBLISHING, INC, W.W. NORTON & COMPANY, INC.,

_____ BARNS & NOBLE, INC., BORDERS GROUP, INC., AMAZON.COM INTERNATIONAL, INC. ____

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff's attorney, _Kevin M. Welch_____, whose address is _P.O. Box 494, Hermosa Beach, CA 90254_____ .  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: _____ 2 6 JUL 2010 _____            By: _____ **SHEA BOURGEOIS** _____

Deputy Clerk

(Seal of SEAL)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

**CIVIL COVER SHEET**

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
SALVATORE SCORZA, an individual

**DEFENDANTS**
TONY LYONS, an individual; BILL WOLFSTHAL, an individual; SKYHORSE PUBLISHING, INC., a Delaware corporation; W.W. NORTON & COMPANY, INC., a New York corporation ; BARNS & NOBLE, INC., a Delaware corporation; BORDERS GROUP, INC., a Michigan corporation; AMAZON.COM INTERNATIONAL, INC. and DOES 1 through 10, inclusive

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
The Law Office of Kevin M. Welch, Kevin M. Welch (254565); P.O. Box 494, Hermosa Beach, CA 90254; Tel: (310) 929-0553; Fax (310) 698-1626 Email: Kevinmkmwlawoffice.com

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No   ☑ **MONEY DEMANDED IN COMPLAINT:** $ To be determined at trial

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
The Copyright laws of the United States, 17 U.S.C. §§101, et seq and Federal Unfair Competition laws under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☑ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | **IMMIGRATION** | | ☐ 650 Airline Regs | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | **FEDERAL TAX SUITS** |
| | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

CV10-5507

**FOR OFFICE USE ONLY:**   Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | New York, Michigan, and Washington |

(c) List the County in this District; California County outside of this District, State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* **Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____ Date  7 / 26 / 2010

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |